JAMES F. HONESTY-EL
FULL NAME
JAMES HONESTY
COMMITTED NAME (if different)
USP Victorville POBOX 3900, Adelanto, CA 92304
FULL ADDRESS INCLUDING NAME OF INSTITUTION
43139·067

PRISON NUMBER (if applicable)

**NOTICE**

PLAINTIFF IS REQUESTING INJUNCTIVE RELIEF AND TRO FROM ON GOING SERIOUS MEDICAL NEGLECT, AND MULTIMILLION DOLLAR PUNITIVE DAMAGES AWARDS FROM DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES. A FOUR (4) PAGE HANDWRITTEN BRIEF AND EXHIBITS ARE ATTACHED WITH THIS SUBMISSION.

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES HONESTY-EL

PLAINTIFF,

v.

FNU ORTIZ
~~FCC VICTORVILLE~~, E. PEREZ

DEFENDANT(S).

CASE NUMBER
5:25 cv 02064-SPG-SP
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

N/A

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☑ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☑ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ☐ Yes    ☑ No

   If your answer is no, explain why not _ADMINISTRATIVE EXECUTIVES OF THE BUREAU OF PRISONS (BOP)_ _REFUSED TO RESPOND TO ADMINISTRATIVE REMEDIAL REQUEST._

4. Please attach copies of papers related to the grievance procedure.  _SEE ATTACHED REQUEST_

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _JAMES HONESTY_
(print plaintiff's name)

who presently resides at _UNITED STATES PENITENTIARY VICTORVILLE (USP VICTORVILLE)_ ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_USP VICTORVILLE_
(institution/city where violation occurred)

on (date or dates) _JUNE - JULY 2025_ , _____ , _____ .
                   (Claim I)               (Claim II)             (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _FIRST NAME UNKNOWN (FNU) ~~ROGELIO~~ ORTIZ_____ resides or works at
         (full name of first defendant)
       _USP VICTORVILLE, ADELANTO, CALIFORNIA_____
       (full address of first defendant)
       _HEALTH SERVICE ADMINISTRATOR_____
       (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _DEFENDANT IS/WAS A FEDERAL EMPLOYEE ACTING WITHIN THE SCOPE OF HIS_
    _FEDERAL EMPLOYMENT DURING THE OCCURANCES THAT GIVES RISE TO THIS COMPLAINT._

2. Defendant _E. PEREZ_____ resides or works at
         (full name of first defendant)
       _USP VICTORVILLE, ADELANTO, CALIFORNIA_____
       (full address of first defendant)
       _ADMINISTRATIVE REMEDY COORDINATOR_____
       (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _DEFENDANT IS/WAS A FEDERAL EMPLOYEE ACTING WITHIN THE SCOPE OF HIS_
    _FEDERAL EMPLOYMENT DURING THE OCCURANCES THAT GIVES RISE TO THIS COMPLAINT._

3. Defendant _____ resides or works at
         (full name of first defendant)
       _____
       (full address of first defendant)
       _____
       (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____
    _____

---

4.  Defendant _____ resides or works at
        (full name of first defendant)

        _____
        (full address of first defendant)

        _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant _____ resides or works at
        (full name of first defendant)

        _____
        (full address of first defendant)

        _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

---

**CIVIL RIGHTS COMPLAINT**

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

CRUEL AND UNUSUAL PUNISHMENT CLAUSES OF THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND COMMON LAW STANDARDS SET BY THE U.S. SUPREME COURT IN FARMER V. BRENNAN ('FARMER').

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

\* PLAINTIFF HEREBY VERIFY, DECLARE AND AFFIRM UNDER THE FEDERAL PENALTIES \* OF PERJURY AND STATUTORY AUTHORITY OF TITLE 28 USC §1746 THAT THE FOLLOWING FACTS ARE TRUE AND CORRECT TO THE BEST OF HIS RECOLLECTION:

ON OR BETWEEN JUNE OF 2025 AND JULY OF 2025 PLAINTIFF MADE DEFENDANTS LANGLOIST AND PEREZ SUBJECTIVELY AWARE OF A SERIOUS MEDICAL CONDITION INVOLVING SEVER PAIN TO PLAINTIFF'S KIDNEY AND PANCRE AREAS AND PASSING\* BLOOD IN UNUSUAL AMOUNTS IN URINE. BOTH DEFENDANTS REFUSE TO TAKE ANY ACTION TO EXAMINE, DIAGNOS, MITIGATE OR CORRECT THIS ISSUE WHICH PLAINTIFF HAVE BEEN SUFFERING FROM SINCE DECEMBER OF 2024. THE DEFENDANT'S RECKLESS DELIBERATE INDIFFRENCE TO PLAINTIFF'S SAID SERIOUS MEDICAL NEEDS AND SUBSTANTIAL RISK OF IRREPAIRABLE HARMS ARE AMOUNTING TO CRUEL AND UNUSUAL PUNISHMENT AND EQUAL PROTECTION VIOLATIONS IN OFFENSE TO THE U.S. CONSTITUTION AND STANDARDS SET BY THE U.S. SUPREME COURT IN FARMER V. BRENNAN.

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PRELIMINARY EMERGENCY INJUNCTION FROM SAID VIOLATIONS ORDERING THE DEFENDANTS TO PROVIDE THE ADEQUATE CARE AND TREATMENTS PRESCRIBED BY FEDERAL STATUTE TITLE 18 USC §4042 AND BOP POLICY DIRECTIVES, AND THREE MILLION DOLLARS ($3,000,000.00 USD) IN UNITED STATES CURRENCY FROM EACH INDIVIDUAL DEFENDANT FOR PUNITIVE DAMAGE RELIEF MADE PAYABLE TO PLAINTIFF'S INMATE TRUST ACCOUNT OR THE BANK ACCOUNT OF HIS ASSIGNED POWER OF ATTORNEY OF HIS CHOICE WITHIN 24 HOURS OF THE FINAL ORDER GIVEN IN THIS ACTION.

7-22-25
(Date)

_(Signature of Plaintiff)_

PG 1 OF 4

James F. Honesty #Plaintiff V. Fnu Lan Glost, et.al., Defendants.

United States District Court Central District of California

Los Angeles Division

Supplemental Brief in Support of

Plaintiff's Civil Rights Complaint

Pursuant to Bivens

## I. Motion For Reliefs

COMES NOW

PRO SE Plaintiff James F. Honesty (Plaintiff / Mr. Honesty) Motions this Honorable Court to Grant an Order For Emergency Injunction and Monetary Punitive Damages Award Against the Defendants for Subjecting Him to Substantial Harm with Reckless Deliberate Indifference to their Statutory Duties of Care and Plaintiff's Serious Medical Needs, In Violation to the Eighth Amendment to the United States Constitution and Federal Common Law Standards Set by the U.S. Supreme Court (S.Ct.).

## II. Affidavit of Facts

Plaintiff Hereby Declares and Affirm under the Federal Statutory authorities of Title 18 USC §1001, and Title 28 USC §1746 the Following Truths:

1) In 2024 Plaintiff made routine request to Bureau of Prisons (BOP) Staff to meet with official Doctors of the BOP's Psychology Services In Order to Deescalate His Imminent State of Psychosis.

2) BOP Staff routinely Denied Plaintiff's Request and

* SENIOR STAFF USED IN/UGER RACIST COMMUNICATION TACTICS, SUCH AS: 'GO AHEAD KILL YO'SELF NIGGER! YOU BE ONE LESS NIGGER FOR US TO WORRY ABOUT.' AS MEANS OF ENCOURAGING PLAINTIFF TO COMMIT SUICIDE. SEE PLAINTIFF'S ADMINISTRATIVE REMEDY RE RIEVAL.

2* SEE PLAINTIFF'S BOP HEALTH SCIENCE RECORDS.

Pg 2 OF 4

INSTEAD ENCOURAGED PLAINTIFF TO (FIRST) COMMIT TO HIS EXPRESSED PSYCHOTIC IDEATIONS.1*

3) PLAINTIFF SUBSEQUENTLY COMMITTED TO A TWENTY TWO (22) DAY HUNGER STRIKE; WHICH BEGAN ON DECEMBER 8, 2024 UNTIL DECEMBER 30, 2024.2* DURING SUCH OCCURANCE STAFF REFUSED TO RECORD THE FACT THAT PLAINTIFF HAD INITIALLY REFUSED THIRTEEN (13) CONSECUTIVE MEALS.

4) SUBSEQUENT TO BEING RELEASED FROM SPECIAL HOUSING UNIT (SHU) PLAINTIFF BEGAN TO EXPERIENCE SEVER LOWER ABDOMEN AREA PAINS, INCLUDING HIS PANCREATIC AND KIDNEY AREAS. PLAINTIFF MADE MULTIPLE ORAL AND WRITTEN REQUEST TO BOP CUSTODY, HEALTH SERVICE AND EXECUTIVE STAFF MEMBERS. ALL OF PLAINTIFF'S REQUEST WERE UNANSWERED AND AT NO TIME WAS PLAINTIFF GIVEN AN ASSESMENT IN REGARD TO SAID COMPLAINTS.

5) BOP STAFF MEMBERS BEGAN TO ACT IN CONCERT IN ORDER TO HARASS PLAINTIFF BY USING THEIR TRUSTED POSITIONS OF AUTHORITY IN ORDER TO WEAPONIZE THE BOP'S DISCIPLINARY PROCESS AGAINST PLAINTIFF TO RETALIATE AGAINST PLAINTIFF FOR HIS FILING OF SUBSTANTIAL ADMINISTRATIVE REMEDY COMPLAINTS AGAINST BOP EMPLOYEES. THIS UNUSUAL RETALIATION METHOD CAUSED FOR PLAINTIFF TO BE AGAIN CONFINED TO THE SEGREGATED HOUSING UNIT, BE GIVEN A MULTITUDE OF SIGNIFICANT SANCTIONS; WHICH INCLUDED WEEKS OF DISCIPLINARY SEGREGATION LOSS OF COMMUNICATION METHODS AND A LOSS OF GOOD CONDUCT TIME. THE BOP THEN INCREASED PLAINTIFF'S CUSTODY POINTS AS A RESULT OF THIS VINDICTIVE DISCIPLINARY ACTION AND HAD

[*1] OR 'HOME CONFINEMENT.' PLAINTIFF DOES NOT REQUEST 'PROTECTIVE CUSTODY,' UNDER THE GUISE OF 'ADMINISTRATIVE SEGREGATION,' TO THE BOP. PLAINTIFF HEREBY REAFFIRM UNDER AUTHORITY OF THE ABOVE FEDERAL STATUES AND PENALTIES OF PERJURY THAT HIS HEALTH AND LIFE IS AT IMMINENT RISK OF SERIOUS HARM BY WAY OF RETALIATORY ACTS OF DEFENDANTS AND THEIR NATIONWIDE COLLEAGUES WHILE IN OVERT BOP CUSTODY.

PG 3 OF 4

PLAINTIFF TRANSFERRED FROM A 'MEDIUM SECURITY CUSTODY' BOP TO A 'MAXIMUM HIGH SECURITY CUSTODY' BOP. BOP STAFF CONTINUED TO IGNORE PLAINTIFF'S ROUTINE REQUEST FOR MEDICAL ASSESMENT AND TREATMENT WHILE IN SHU AND BOP TRANSIT CENTERS.

6) SUBSEQUENT TO HIS ARRIVAL AT THE MAXIMUM HIGH SECURITY BOP -- UNITED STATES PENITENTIARY VICTORVILLE -- PLAINTIFF MADE ROUTINE WRITTEN REQUEST AND COMPLAINTS TO DEFENDANT ORTIZ AND DEFENDANT PEREZ TO, ASSESS & TREAT HIS PANCREATIC AND KIDNEY AREAS. THOSE REQUEST AND COMPLAINTS WERE IGNORED AND TO NO AVAIL.

7) THE SIGNIFICANT INCREASE OF BLOOD CO MINGLED INTO PLAINTIFF'S URINE AND LONG SPELLS OF SHARP ABDOMENAL PAINS CAUSED PLAINTIFF TO WRITE MULTIPLE EMERGENT ELECTRONIC (EMAIL) REQUEST TO BOP STAFF, WHICH ARE ALL BEING IGNORED.

THEREFORE UNDER THE ABOVE STATUTORY AUTHORITIES THE PRO SE PLAINTIFF HEREBY MOVES THIS HONORABLE COURT TO GRANT THE FOLLOWING REQUEST:

d) AN EMERGENCY INJUNCTION AND TEMPORARY RESTRAINING ORDER AGAINST THE DEFENDANT'S AND THEIR NATION-WIDE BOP COLLEAGUES, ORDERING FOR PLAINTIFF TO BE PLACED IN A 'RESIDENTIAL CENTER' [*1 COMMUNITY] AND BE ASSESSED AND TREATED BY AN OFFSITE HOSPITAL/SPECIALIST FOR ABDOMENAL INJURIES;

b) APPOINTMENT OF A 'SPECIAL MASTER' TO ASSES THE FACTS OF THIS COMPLAINT AND OVERSEE THE ENFORCEMENT OF THE ABOVE REQUESTED TRO;

<u>Pg 4 of 4</u>

C) Appointment of Counsel to assist in litigating this complaint due to the fact of the plaintiff himself having no experience or expertise in conducting litigation or drafting motions or responses, which has caused for him to recruit federal inmate Haneef Shakeel JacksonBey to draft this complaint, albeit inmate JacksonBey's writing hand is currently severely broken and he is awaiting reconstructive surgery for said injury; and

d) Any and all other available reliefs ~~available~~ from the court to cure and settle this actionable complaint.

Sincerely submitted this 22 day of July 2025.

s/ _[signature]_

James Fitzgera Honestyel

U.S. Prisoner 43139-007

Drafted by:

s/ _[signature]_

Haneef Shakrel JacksonBey

U.S. Prisoner 10320-027

<u>Certificate of Service</u>

I certify that on 7-22-25 this brief was mailed to the clerk of the above named court along with a civil rights complaint and IFP and exhibits by way of USP Victorville's legal mail system first class U.S. postage paid in full under title 28 USC §1746

Mailed to:
U.S. Dist. Court Office of
the Clerk 255 E. Temple Street Rm 180
Los Angeles, California 90012

s/ _[signature]_
James F. Honestyel #43139-007
USP Victorville P.O. Box 3900
Adelanto, CA. 92301

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Honesty James F — 43139-007 — A-4 — (FCI) Berlin
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** This incident is predicated off of me being out of bounds & not being in proper dress clothes. D.H.O Hayden found that I was indeed called to the visitation area & I was in fact escorted by multiple compound officers. Theirfore their was no need to send me back to (A-4) while I was clearly properly dressed & were I was suppose to be. If the general consel would review the footage with an unbiased eye I'm certain I will be exonerated of these allegations. I was harrassed & threatened & my visit was threatened & coacled without the opportunity of a 2 hr video visit, seeing as how my visit traveled from D.C & denied even that privilodge to accomidate her for her travel an I not being on any restrictions dont see why we were not allowed too. I complied with all orders & still wound up in the (SHU) with no visits, & have become target practice for FCI Berlin Staff an Administration eversince. All elements of this incident report have not been met, section 11 fails to mention the officers name Frank, & section 12 is not signed. It is my hope that the general counsel sees this & restores all my Good time, & privilodges & expunges this incident report which came to me on 4-21-25, wich shows this institution blatant disregard for proper due process

4-29-25
  DATE                                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAY 20 2025

Administrative Remedies
Federal Bureau of Prisons

_____                         GENERAL COUNSEL
      DATE                               CASE NUMBER: _____
ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**
                                         CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

_____                         _____
      DATE              PRINTED ON RECYCLED PAPER    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI PEPR                                                    BP-231(13)
                                                            JUNE 2002

RULINCS  43139007 - HONESTY, JAMES FITZGERA - Unit: VIP-F-B

--------------------------------------------------------------------------------------------------------

FROM: 43139007
TO: USP Health Services
SUBJECT: ***Request to Staff*** HONESTY, JAMES, Reg# 43139007, VIP-F-B
DATE: 06/08/2025 01:24:44 PM

To: medical
Inmate Work Assignment: none

need to see medical, because my herneah has been giving me extreme discomfort an pain. my kidney an pancreas as well.

TRULINCS 43139007 - HONESTY, JAMES FITZGERA - Unit: VIP-F-B

--------------------------------------------------------------------------------------------

FROM: 43139007
TO: USP Health Services
SUBJECT: ***Request to Staff*** HONESTY, JAMES, Reg# 43139007, VIP-F-B
DATE: 07/09/2025 02:55:35 PM

to: dr

Inmate Work Assignment: none

my kidney an pancreas is in extreme pain, an i have been noticing blood in my urine as well as of late.my herneah is also
causing me extreme pain an discomfort. i would really like to be medically evaluated.




CERTIFIED MAIL®

9589 0710 5270 0983 4233 43



U.S District court
Clerk of courts
255 East temple st #180
Los Angeles CA, 90012



RECEIVED
CLERK, U.S. DISTRICT COURT

AUG - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

James Honesty 43139-007
USP victor Ville
PO Box 3400
Adelanto, CA 92301-0710